OPINION — AG — FROM AND AFTER THE DATE THAT THE PROVISIONS OF 19 O.S.H. 180.58-180.69 BECOMES OR BECAME APPLICABLE TO THE COURT CLERK OF A PARTICULAR COUNTY, OR HIS OFFICE, 62 O.S.H. 324.2 WOULD BE SUPERCEDED AS TO THE SAID COURT CLERK AND HIS OFFICE, AND THAT ON AND AFTER SAID DATE PART TIME HELP COULD NO LONGER BE EMPLOYED UNDER THE PROVISIONS OF 62 O.S.H. 324.2 (RICHARD HUFF) 19 O.S.H. 180.65, 19 O.S.H. 180.67, 23 O.S.H. 180.69, 19 O.S.H. 180.61, ARTICLE XXIII, SECTION 10